IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| LEE STRICKLAND, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| TRENT PROFFITT, M.D., *et al.*, | ) |
| | ) |
| | ) |
| Defendants. | )   Civil Action No. 3:18-CV-0944-C |

## ORDER

The Court, having considered Plaintiff's Second Motion to Remand, filed April 19, 2018, notes that this civil action has previously been remanded to state court and removed for a second time. To avoid any delay in determining whether federal jurisdiction has been properly invoked, the Court shortens the briefing deadlines as follows: (1) Any response to Plaintiff's Second Motion to Remand must be filed **by 3:00 p.m. on Friday, April 27, 2018**; and (2) any reply must be filed **by 3:00 p.m. on Wednesday, May 2, 2018**. No extensions will be granted.

SO ORDERED this 20th day of April, 2018.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE