UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| LEE STRICKLAND<br>*Plaintiff*,<br><br>VS.<br><br>TRENT PROFFITT, M.D.; BAYLOR<br>MEDICAL CENTERS AT GARLAND<br>AND MCKINNEY; BAYLOR SCOTT &<br>WHITE HEALTH; COOK<br>INCORPORATED a/k/a COOK<br>MEDICAL INCORPORATED; COOK<br>GROUP INCORPORATED; and COOK<br>MEDICAL LLC,<br>*Defendant* | §<br>§<br>§<br>§<br>§<br>§<br>§   CIV. ACTION NO. 3:18-CV-00944<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

## DEFENDANT TRENT PROFFITT, M.D.'S MOTION TO REMAND

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COME NOW, Defendant Trent Proffitt, M.D. (hereinafter referred to as "Dr. Proffitt") and files his Motion to Remand, and in support thereof, respectfully show the Court as follows:

1. Defendants Cook Incorporated, Cook Group Incorporated, and Cook Medical LLC (collectively hereinafter "the Cook Defendants") filed their first Notice of Removal to remove this case from the 134th District Court of Dallas County, Texas on August 3, 2017. The grounds for that removal are that Dr. Proffitt and Baylor Medical Centers at Garland and McKinney and Baylor Scott & White Health (collectively hereinafter "Baylor Defendants") were fraudulently misjoined.

2. This case was then transferred to the Cook IVC MDL, *In re: Cook Medical, Inc., IVC Filters Marketing, Sales Practices, and Product Liability Litigation*, on August 30, 2017.

3. Approximately six months later, on February 6, 2018, the presiding judge in the Cook IVC MDL found that the alleged fraudulent misjoinder was in fact proper joinder, and because there was not diversity, granted Plaintiff Lee Strickland's (hereinafter Plaintiff) Motion to Remand this case back to the 134th District State Court in Dallas County, Texas.

4. The case was reopened in the 134th Texas State District Court on February 20, 2018.

5. Dr. Proffitt filed a Motion to Dismiss in the 134th Texas State District Court on March 28, 2018 on the basis that the Plaintiff did not file a statutory expert report pursuant to Section 74.351 of the Texas Rules of Civil Procedure. The Baylor Defendants filed a similar motion on April 6, 2018.

6. Dr. Proffitt and the Baylor Defendants motions were set to be heard by the 134th District Court on April 24, 2018. However, before that hearing could take place, Cook Defendants filed a second Notice of Removal on April 13, 2018. Thus, the 134th District Court had to cancel the hearing.

7. The Cook Defendants base their Notice of Removal on the grounds the Plaintiff's claims against Dr. Proffitt and the Baylor Defendants are precluded due to their failure to comply with the statutory expert requirement of Chapter 74 of the Texas Rules of Civil Procedure. However, the mere filing of a Motion to Dismiss does not automatically dispose of the case as their Notice of Removal would suggest. Furthermore, the Cook Defendants rely on the incorrect standard regarding improper joinder of the Baylor Defendants.

8. As stated above, a hearing was scheduled on Dr. Proffitt's and the Baylor Defendants Motions to Dismiss but it had to be cancelled due to the Cook Defendants Notice of

Removal. Therefore, nothing in the case has changed since the Court ruling on February 6, 2018 resulting in the case being remanded to state court as no ruling could be obtained regarding Dr. Proffitt and the Baylor Defendants Motions to Dismiss. Thus, the case is in the exact status as it was when the Court remanded the case on February 6, 2018.

9. Thus, this case should be again remanded to the 134th District Court of Dallas County, Texas.

WHEREFORE, PREMISES CONSIDERED, Dr. Proffitt respectfully requests that the Court remand this case to the 134th District Court of Dallas County, Texas and for such other and further relief, either at law or in equity, to which Dr. Proffitt has shown or will show himself jointly entitled.

Respectfully submitted,

**CRISS LAW GROUP, P.L.L.C.**

By:   /s/ David Criss
David Criss
State Bar No. 00796417 (TX)
12222 Merit Drive, Suite 1350
Dallas, TX 75251
(214) 691-0003
(214) 691-0016 (Facsimile)
dcriss@criss-law.com

**ATTORNEY FOR DEFENDANT TRENT PROFFITT, M.D.**

## CERTIFICATE OF SERVICE

I hereby certify that on April 27, 2018 a copy of the foregoing document that was filed with the clerk of the court for the U.S. District Court, Northern District of Texas via electronic filing (ECF). The ECF sent a "Notice of Electronic Filing" to the attorneys of record who have consented to accepting service via this method.

    /s/ David Criss
**DAVID CRISS**